**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

Vincent J. CANTERA, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (WORLEY AND OBETZ), Respondent

No. 854 MAL 2016

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

Jonathan Wayne HART, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent

No. 841 MAL 2016

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

Aziz MOUMEN, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (SUPREME MID ATLANTIC TRUCKING), Respondent

No. 836 MAL 2016

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Frank D. KEYSER, Petitioner

No. 767 MAL 2016

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.